# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 20 2016

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO: 1:16MJ119-2 |
| ANNA MARIE GRISANTI | § | |

## WAIVER OF PRELIMINARY HEARING ON COMPLAINT

I, **Anna Marie Grisanti,** charged in a complaint (doc. #1) pending in this District with violation of Title 21 USC § 841(a)(1) and having appeared before this Court and been advised of my rights as required by Rules 5 and 5.1 or Rule 32.1, of the Federal Rules of Criminal Procedure, including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
x _____
Defendant

_6/20/16_____
Date

_____
Defense Counsel