| DATE: | 1/17/2018 | CASE NO.: | USA V. |
|---|---|---|---|
| LOCATION: | Beaumont | **1:16CR60-2** | **ANA MARIE GRISANTI** |
| JUDGE: | **Crone** | | |
| DEP CLERK: | Patricia Anding | Counsel for Government: | Counsel for Defendant: |
| REPORTER: | Ed Reed | Randy Fluke | |
| USPO: | Hallie Gates | | |
| INTERPRETER: | | | |

| **SENTENCING  HEARING**  CONTINUED | **BEGIN:** 2:30 pm  **ADJOURN:** 2:32 pm  **TOTAL TIME:** 2 min. |
|---|---|

| **PRESENTENCE REPORT:** ☐ Adopted in Its Entirety | ☐ Objections and Court Ruling  ☐ PSR CHANGED AS FOLLOWS: | |
|---|---|---|
| **PLEA AGREEMENT:** | ☐ ACCEPTED    ☐ REJECTED | |
| | Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49. | |
| **CRIME VICTIMS:** | ✓ NONE | Victims Addressed the Court: |
| **MOTIONS:** ☐ None | ☐ Govt's Motion:  ☐ Dft's Motion:  ☐ Other: | ☐GRANTED  ☐DENIED  ☐GRANTED  ☐DENIED |
| **ALLOCUTION:** | ☐ **Dft DID allocute**  ☐ **Dft DID NOT allocate** | |

## IMPOSITION OF SENTENCE: First Superseding Indictment

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | |
| | | | ☐ Interest Waived | ☐ Interest Waived | |
| | | | | | |

## BOP RECOMMENDATIONS:

| DESIGNATION: | ☐ Substance Abuse Treatment  ☐ Sex Offender Treatment  ☐ Other: | ☐ Mental Health Treatment  ☐ Financial Responsibility  ☐ NONE |
|---|---|---|

## SUPERVISION:

| **YEAR**  SUPERVISED RELEASE | ☐ Mandatory and Special Conditions as set forth in Presentence Report  ☐ No Term of Supervision |
|---|---|
| Other Conditions | |

| ☐ **Dft advised of right to APPEAL & Court Appointed Counsel** | **REMAINING COUNTS:** ☐ NONE  ☐ **Govt moved to dismiss.  Court granted.** |
|---|---|
| **FORFEITURE:** | |

## CUSTODY:

OTHER:  Sent. called - def. and def.'s attorney not present - continued to 2/28/2018 at 10:00 am