| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CRIMINAL ACTION NO. 1:16-CR-60
§
ANNA MARIE GRISANTI (2) §

## ORDER

Defendant ANNA MARIE GRISANTI's motion for continuance of sentencing hearing (#161) is GRANTED. Defendant's sentencing date is rescheduled to February 28, 2018, at 10:00 a.m. No further extensions will be granted.

SIGNED at Beaumont, Texas, this 17th day of January, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE