IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:16-CR-60(2) |
| | § | Judge Marcia Crone |
| ANNA MARIE GRISANTI | § | |

**FINAL ORDER OF FORFEITURE**

Defendant, Anna Marie Grisanti, entered into a Plea Agreement with the United States in which the defendant, agreed that she had obtained ninety thousand dollars ($90,000.00) in United States Currency in proceeds from the offense alleged in Count One of the superseding indictment, for which the defendant, has been convicted, and

The United States has filed a Motion for an Order of Forfeiture which would consist of a personal money judgment against the defendant, in the amount of ninety thousand dollars ($90,000.00) in United States Currency and Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

IT IS ORDERED, ADJUDGED AND DECREED that the defendant, Anna Marie Grisanti shall forfeit to the United States the sum of ninety thousand dollars ($90,000.00) in United States currency pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant, at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed ninety thousand dollars ($90,000.00) to satisfy the money judgment in whole or in part.

**SIGNED at Beaumont, Texas this 22nd day of January, 2018.**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

**Final Order of Forfeiture – Page 2**