| | | | |
|---|---|---|---|
| **DATE:** | 2/28/2018 | **CASE NO.:** | **USA V.** |
| **LOCATION:** | Beaumont | **1:16CR60-2** | **ANA MARIE GRISANTI** |
| **JUDGE:** | **Crone** | | |
| **DEP CLERK:** | Patricia Anding | Counsel for Government: | Counsel for Defendant: |
| **REPORTER:** | Tonya Jackson | Randy Fluke | Michael L D'Amico |
| **USPO:** | Deanna Splawn | | |
| **INTERPRETER:** | | | |

**SENTENCING HEARING** HELD   **BEGIN:** 2:43 pm **ADJOURN:** 3:02 pm **TOTAL TIME:** 19 min.

**PRESENTENCE REPORT:**
☑ Adopted in Its Entirety
☐ Objections and Court Ruling
☐ PSR CHANGED AS FOLLOWS:

**PLEA AGREEMENT:**
☑ ACCEPTED   ☐ REJECTED
☑ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49.

**CRIME VICTIMS:**
☑ NONE
☐ Victims Addressed the Court:

**MOTIONS:**
☐ None
☐ Govt's Motion: ☐ GRANTED ☐ DENIED
☐ Dft's Motion: ☐ GRANTED ☐ DENIED
☐ Other:

**ALLOCUTION:**   ☑ Dft DID allocute   ☐ Dft DID NOT allocate

## IMPOSITION OF SENTENCE: First Superseding Indictment

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| **1s** | **151 months** | | | | $100.00 |
| | | | ☐ Interest Waived | ☐ Interest Waived | |

## BOP RECOMMENDATIONS:

**DESIGNATION:** Alderson, WV

☑ Substance Abuse Treatment   ☐ Mental Health Treatment
☐ Sex Offender Treatment      ☐ Financial Responsibility
☐ Other:                       ☐ NONE

## SUPERVISION:

**5 YEAR SUPERVISED RELEASE**

☑ Mandatory and Special Conditions as set forth in Presentence Report
☐ No Term of Supervision

Other Conditions

☑ **Dft advised of right to APPEAL & Court Appointed Counsel**

**REMAINING COUNTS:** ☐ NONE
☑ Govt moved to dismiss. Court granted.

**FORFEITURE:**

## CUSTODY:

DEFENDANT REMANDED TO UNITED STATES MARSHAL