| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:16-CR-60 |
| | § | (Judge Crone) |
| ANNA MARIE GRISANTI | § | |

## ORDER REGARDING RELEASE OF BOND FUNDS

On this day came to be considered a request to release the criminal bond posted on behalf of Anna Marie Grisanti. Austen H. Hobbs deposited the sum of seven thousand five hundred dollars ($7,500.00) to obtain the release of the defendant, Anna Marie Grisanti. The defendant has been sentenced, therefore, the bond is no longer required. Mr. Austen H. Hobbs has provided documentation to verify he is the owner of said funds and these monies should be returned to him. Therefore,

IT IS ORDERED the Clerk of Court shall release the bond posted on behalf of Anna Marie Grisanti to Austen H. Hobbs. The Clerk will prepare a check in the amount of seven thousand five hundred dollars ($7,500.00) and mail the check to: Austen H. Hobbs, 14201 Memorial Drive, Houston, TX 77079.

SIGNED at Beaumont, Texas, this 5th day of March, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE