AO 249  (Rev. 01/09) Drug Offender's Reinstatement of Federal Benefits

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:16cr60- 2 |
| ANNA MARIE GRISANTI | ) | |
|  | ) | Sentencing Date:  08/14/2020 |
| *Defendant* | ) | |

## DRUG OFFENDER'S REINSTATEMENT OF FEDERAL BENEFITS

The defendant has successfully completed a supervised drug rehabilitation program, or has in good faith tried to gain admission to such a program but was unable to do so because of its cost or inaccessibility, or has otherwise been rehabilitated.

**IT IS ORDERED**: Under 21 U.S.C. §862(c), the defendant's federal benefits suspended by the court on a conviction for the distribution or possession of a controlled substance are reinstated.

Date:  08/14/2020

*Marcia A. Crone*
*Judge's signature*

Marcia A. Crone, US District Judge
*Printed name and title*

City and state of defendant's residence:  Buffalo, New York

Last four digits of SSN:  1889

Year of birth:  1986

The clerk of court is responsible for sending a copy of this form to:

U.S. Department of Justice - Office of Justice Programs
Attn: Denial of Federal Benefits Program
810 Seventh Street, NW
Washington, D.C. 20531

Print    Save As...    Reset