Anna Marie Grisanti 26444-078
FCI WASECA
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1731
WASECA, MN  56093
October 19, 2023

RECEIVED: **10/25/23**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

The Honorable Judge Marcia A. Crone
The Jack Brooks Federal Building and United States Courthouse
300 Willow Street Suite 239
Beaumont, TX 77701

Dear Judge Crone:

My name is Anna Marie Grisanti, and my federal inmate number is 26444-078. I was sentenced by the Court in United States v. Grisanti, CASE NO.1:16cr60 (E.D. Tex. Jun. 23, 2017). I am writing today because I am currently in the process of trying to secure my halfway house placement. My case manager requested a placement date of October 26, 2023, but I have been put on hold until May 2024 because there is a remaining "Keep Separate" order between myself and someone in a related case— United States v. Jackson, CASE NO.1:17-cr-00070-MAC-ZJH, (E.D. Tex.), Roosevelt Appleton 71174-019. Mr. Appleton is currently residing at the Buffalo halfway house. I tried to request a placement through the halfway house in Rochester, NY to avoid this issue, but because it's the same Residential Re-entry Management (RRM) office (Pittsburgh, PA.) managing both Rochester and Buffalo, they said no. This "Keep Separate" order is not due to any danger, threats, or fears. It was placed to prohibit discussions while we were on pre-trial. It was to my understanding it was to be lifted after we were sentenced (as it is in similar cases) to avoid this sort of issue. However, it was never lifted, perhaps due to me not being detained on pretrial, and that's how we're in the situation where we are now.

Because the halfway houses also manage the people on home confinement, I cannot be placed on home confinement to get around this problem either. Until the "Keep Separate" order is lifted, I am unable to be placed under any form of community supervision. This is not the intended state of affairs, since I have earned credits for this community placement thanks to my full and complete participation in all recommended programming and treatment programs, and now am unable to use them due to bureaucracy. My former attorney is no longer practicing, and the federal defenders said they couldn't help me since they weren't the attorneys I had for my case, so I'm writing you myself to ask for any assistance you can provide. I humbly request you to please request this "Keep Separate" order be lifted as it was put in place for solely administrative reasons. This "Keep Separate" was not put in place for safety or security reasons. I am not afraid of Mr. Appleton, he has never threatened me, nor have I ever threatened him, and to the best of my knowledge he has never indicated having any fear of me. While I am asking for this "Keep Separate" order to be lifted, I want to state clearly I have no intention of re-establishing contact with Mr. Appleton. I am asking for this solely because I would like to not have to wait another seven months until Mr. Appleton's sentence is finished to participate in the community treatment programs I am eligible for now thanks to the my full participation in Bureau of Prisons programming opportunities.

Thank you for your time in reading this and your consideration on these matters,

Sincerely,

*[signature]*

Anna Marie Grisanti 26444-078

Anna Marie Grisanti 26444-078
FCI Waseca
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

BUFFALO NY 140
20 OCT 2023 PM 5 L

Honorable Judge Marcia A. Crone
Jack Brooks Federal Building/
United States Courthouse
300 Willow Street Suite 239
Beaumont, TX 77701

77701-229064