United States District Court
for the  Eastern District  of
Texas

Beaumont   Division

**United States of America,**
*Plaintiff,*

v.

**ANNA MARIE GRISANTI**      ,
*Defendant.*

_____FCI WASECA_____
Place of Confinement

_____26444-078_____
Federal Register Number

_____1:16-CR-00060-002_____
Criminal Case Number

### Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:

 Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

  Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)

---

### Instructions - Read Carefully

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

Page 1 of 5

3. Completed motions must be mailed to the **Clerk of the United States District Court** at the appropriate divisional office. This information can be found in your case files, in the annex of this document, or online at https://www.uscourts.gov/about-federal-courts/federal-courts-public/court-website-links.

4. # QUESTIONNAIRES THAT DO NOT FOLLOW THESE INSTRUCTIONS WILL BE RETURNED, AND THE MISTAKE WILL BE IDENTIFIED.

### Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   __UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, IN BEAUMONT, TX__

2. Date(s) of sentence and judgment of conviction:

   __FEBRUARY 28, 2018__

3. Are you currently in prison for this sentence?

   ☑ Yes ____No

4. If so, when is your projected date of release? __DECEMBER 16, 2025__

5. Are you currently on supervised release? ____Yes ☑ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   ____Yes ☑ No

7. Is your case currently on appeal? _____Yes __✓__No

8. Offense(s) for which you were convicted (all counts):

   **21 U.S.C. 841(a)(1)      Conspiracy to Possess With Intent to Distribute,**

   **and to Distribute 5kg or More of Cocaine Hcl**

   _____

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

   _____ Yes __✓__ No _____ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

   ☐ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☐ the instant offense of conviction is a sex offense;

   ☐ I personally caused substantial financial hardship;

   ☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

   ☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

   ☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

   ☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

   ☑ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

    _____ Yes   _____ No   _____ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

    _____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

    _____ Yes   _____ No   _____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    **Since my conviction I have completed all recommended programming provided by the Bureau of Prisons.**
    **I have completed the Resolve program for healing trauma, multiple classes on relationships and family dynamics, and various drug and alcohol treatment courses, including the non-residential drug and alcohol treatment program.**
    **I have maintained sobriety and held multiple positions of responsibility and trust while incarcerated. I was a mechanic in the prison garage at Danbury, a commissary clerk in the warehouse, and volunteered to assist in the kitchen while holding those positions.**

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this **November 20th**, 20**23**.

_____
Signature of Defendant

**Anna Marie Grisanti**
Printed Name

**26444-078**
BOP No.

**FCI Waseca**
Federal Correctional Institution (if applicable)

**P.O. BOX 1731**
Address

**WASECA, MN  56093**
City, State & Zip Code

Anna Mariel
FCI Waseca
PO Box 1731
Waseca, MN 56093



BUFFALO NY 142
TUE 28 NOV 2023

Clerk of the U.S. District Court
U.S. District Court of Eastern Texas
Beaumont Division
Jack Brooks Federal Building & U.S. Courthouse
300 Willow Street Suite #104
Beaumont, TX 77701

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 04 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS