**IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CASE NUMBER 1:16-CR-60 |
| | § |
| ANNA MARIE GRISANTI (2) | § |

## ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

The court has determined that the Defendant needs adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. **Accordingly, the Federal Public Defender is appointed as counsel for the Defendant, pursuant to the Criminal Justice Act (18 U.S.C. § 3006A).**

Counsel is appointed to represent the Defendant in this motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Because the Defendant is now represented by counsel, the court denies without prejudice any *pro se* motions seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Although a defendant has the right to choose between *pro se* representation or attorney representation, a defendant does not have the right to a combination of both. *United States v. Mikolajczyk*, 137 F.3d 237, 246 (5th Cir. 1998) (citing *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978)). Any motion seeking a sentence reduction should be made through counsel.

SIGNED this 4th day of December, 2023.

_____
Zack Hawthorn
United States Magistrate Judge

1