| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:16-CR-60(2)
§
ANNA MARIE GRISANTI §

**ORDER**

The Government is ordered to file a response to Defendant Anna Marie Grisanti's *pro se* Motion for Halfway House Placement (#192) on or before March 1, 2024.

SIGNED at Beaumont, Texas, this 8th day of February, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE